UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 17-22739-CIV-WILLIAMS

ANDRES GOMEZ,

    Plaintiff,

vs.

BOARDRIDERS, INC.,
et al.,

    Defendants.
_____/

## ORDER CLOSING CASE

**THIS MATTER** is before the Court on a *sua sponte* review of the record. Plaintiff filed his complaint on July 21, 2017. (DE 1). On October 16, 2017, the Court observed that there was no evidence that Plaintiff had served the Defendants. Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, the Court gave Plaintiff until October 19, 2017 to file proof of service on all Defendants. Plaintiff failed to do so.

Accordingly, it is **ORDERED AND ADJUDGED** that Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE** in accordance with Rule 4(m) of the Federal Rules of Civil Procedure. The Clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers, at Miami, Florida, this ____ day of October, 2017.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE